# DISTRICT OF COLUMBIA
# WATER AND SEWER AUTHORITY

## PAYMENT BOND

BOND NO. 6289105 (see instructions on reverse)

Date Bond Executed (Must be same or later than date of the Contract)

**NOV 1 8 2004**

**PRINCIPAL** (Legal Name and Address)

SPINIELLO COMPANIES
12 EAST DANIEL RD
FAIRFIELD, NJ 07004

**TYPE OF ORGANIZATION (X)**

- [ ] INDIVIDUAL
- [ ] PARTNERSHIP
- [ ] JOINT VENTURE
- [X] CORPORATION

STATE OF INCORPORATION
CALIFORNIA

**SURETY(IES)** (Name(s) and Address(es))

SAFECO INSURANCE COMPANY OF AMERICA
1200 MACARTHUR BLVD.
MAHWAH, NJ 07430

**PENAL SUM OF BOND**

FIVE MILLION & NO/100 ($5,000,000.00)

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENT(S) |
|---|---|---|---|
| 5 | 000 | 000 | 00 |

| CONTRACT DATE | CONTRACT NUMBER |
|---|---|
|  | 04-0170 |

KNOW ALL MEN BY THESE PRESENTS, that we, the Principal and Surety(ies) hereto are firmly bound to the District of Columbia Government, a municipal corporation, hereinafter called the DCWASA, in the above penal sum for the payment of which we bind ourselves, our heirs, executors, and successors, jointly and severally; Provided, that, where the Surety(ies) are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly" and severally" only for the purpose of allowing a joint action or actions against any or all of us, and for all other purposes each Surety binds itself, jointly and severally with the Principal, for the payment of such sum only as is set forth opposite the name of such Surety, but if no limit of liability is indicated, the limit of liability shall be the full amount of the penal sum.

THE CONDITION OF THIS OBLIGATION IS SUCH, that whereas the Principal entered into the Contract identified above.

NOW, THEREFORE, if the Principal shall promptly make payment to all persons supplying labor and material in the prosecution of the work provided for in the Contract, and any and all duly authorized modifications of the Contract that may hereafter be made, notice of which modifications to the Surety(ies) being hereby waived, then the above obligation shall be void; otherwise to remain in full force and virtue.

IN WITNESS WHEREOF, the principal and Surety(ies) have executed this payment bond and have affixed their seals on the date set forth above.

SPINIELLO COMPANIES      **PRINCIPAL**

| 1 Signature (Seal) | 1. Attest |
|---|---|
| Name & Title (typed) Joseph Dioslaki, Chief Engineer | Name & Title (typed) Yvonne C. Johnston, Secretary |

CORPORATE SEAL

| 2. Signature | 2. Attest |
|---|---|
| Name & Title (typed) (Seal) | Name & Title (typed) |

CORPORATE SEAL

Form No. DC 2640-8

## SURETY (IES)

| Name & Address (typed) | | State of Inc. | Liability Limit | CORPORATE SEAL |
|---|---|---|---|---|
| AFECO INSURANCE COMPANY OF AMERICA<br>200 MACARTHUR BLVD., MAHWAH, NJ 07430 | | WASHINGTON | 81,848,000 | |
| Signature of Attorney-in-Fact<br>ROBYN ROST, ATTORNEY-IN-FACT | Attest Signature<br>VICTORIA L. ERNEST, AS TO SURETY | | | |
| Name & Address (typed) | Name & Address | | | |

| I/A Name & Address (typed) | | State of Inc. | Liability Limit | CORPORATE SEAL |
|---|---|---|---|---|
| | | | | |
| Signature of Attorney in-Fact | Attest (Signature) | | | |
| Name & Address (typed) | Name & Address (typed) | | | |

## BOND PREMIUM

| Rate Per Thousand | Total Premium | Name & Address of Agency or Agent Receiving Commission |
|---|---|---|
| 6.16-1st $500M<br>5.28-next $2MM<br>4.40-next $2.5MM | $24,640.00 | EMAR GROUP, INC.<br>354 EISENHOWER PARKWAY, LIVINGSTON, NJ 07039 |

Approved by:

Jerry N. Johnson    11/18/04
DISTRICT OF COLUMBIA WATER AND SEWER AUTHORITY
CONTRACTING OFFICER

## INSTRUCTIONS

1. The full legal name and business address of the Principal shall be inserted in the space designated 6.Principal" on the face of this form. The bond shall be signed by the authorized person signing the Contract. When such person signing is other than the President or Vice-President of a corporation, evidence of authority shall be furnished. Such evidence shall be in the form of either an Extract of Minutes of a Meeting of the Board of Directors, or Extract of By-laws, certified by the Corporate Secretary, or Assistant Secretary and with Corporate Seal affixed thereto.

2. Corporations executing the bond as sureties shall be among those appearing on the U.S. Treasury Department's list of approved sureties and shall be acting within the limitations set forth therein, and shall also be licensed by the Insurance Administration, Department of Consumer and Regulatory Affairs, to do business in the District of Columbia. The surety shall (1) insert on the bond form the name and addresses of the agency receiving the commission; and (2) attach an adequate Power-of-Attorney for each representative signing the bond.

3. Corporations executing the bond shall affix their Corporate Seals. Individuals shall sign full first name, middle initial and last name opposite the word "seal"; two witnesses shall sign and include their addresses, under the word "witness". If executed in Maine or New Hampshire, an adhesive seal shall be affixed.

4. The name of each person signing this payment bond shall be typed in the space provided.

Rev. July 1986