**THIS AGREEMENT**, made as of the ___9___ day of _June_, 2005___ by and between

> Spinello Companies
> 12 East Daniel Road
> Fairfield, NJ 07004

(hereinafter called "Contractor")

and

> Delta Paving Company
> 9007 Dower House Road
> Upper Marlboro, MD 20772

(hereinafter called the "Subcontractor").

The Contractor has entered into a contract (hereinafter called "General Contract") with

> DC Water and Sewer Authority
> 5000 Overlook Avenue, S.W.
> Washington, D.C. 20032

(hereinafter called the "Owner") to furnish and perform certain work, labor, material and services for the construction and completion of

> Lead Service Replacements 2005-3
> Various Locations
> Washington, D.C.

(hereinafter called the "Project").

In consideration of the mutual covenants herein contained and intending to be legally bound hereby, Contractor and the Subcontractor agree as follows:

## ARTICLE I.    THE WORK

The Subcontractor, as an independent contractor, shall and will provide all labor, materials, scaffolds, tools, supplies, equipment, services, facilities, supervision, administration and all other things necessary for the proper and complete performance and acceptance of the Work hereinafter described, as shown on the plans and described in the specifications and in accordance with all the conditions of the General Contract. The General Contract includes, but is not necessarily limited to, the agreement between the Owner and Contractor, plans, drawings, specifications, addenda, modifications, bulletins, work orders, proposal, special provisions and any and all other documents listed in or referred to by the General Contract.

Description of the Work:

Mill and Pave 2" asphalt, including all required maintenance of traffic. Work will take place at various locations throughout the District. All work shall be in accordance with the attached contract specifications (Addendum #1);

(hereinafter sometimes called the "Work").

The Subcontractor has familiarized himself with all the provisions of the General Contract, which is incorporated herein by reference and made an integral part hereof, and agrees to faithfully perform all the Work covered herein to the satisfaction and acceptance of the Owner in accordance with the provisions of the said General Contract, and assumes full and complete responsibility for all duties, responsibilities and obligations (not limited to the technical and physical aspects of the Work and scope and quality thereof) placed upon Contractor therein with respect to the Work covered by this Agreement. The Subcontractor agrees that in addition to all other rights and remedies Contractor may have hereunder, Contractor shall have the same rights and remedies as against the Subcontractor as the Owner, under the terms and provisions of the General Contract, has against Contractor.

The plans, specifications and all other documents which are a part of the General Contract are available for review by the Subcontractor at all reasonable times at the office of Contractor. The General Contract and this Agreement shall be interpreted together and in harmony with each other. In cases where such an interpretation is not possible, the provisions of this Agreement shall govern the relationship between the parties unless a higher standard or greater requirement is imposed upon the Subcontractor by the General Contract, in which case the latter shall govern.

The Subcontractor shall keep on the Project site during the progress of the Work, a competent superintendent who shall be the authorized representative of the Subcontractor.

Notwithstanding the dimensions given on the plans, specifications and other provisions of the General Contract, it shall be the obligation and responsibility of the Subcontractor to take such measurements as will insure the proper matching and fitting of the Work covered by this Contract with contiguous work.

## ARTICLE II. TIME OF COMPLETION

The Subcontractor shall complete the several portions and the whole of the Work included in this Agreement in such order of precedence and within such times as may be necessary to maintain the timely progress of the Project as determined by the Contractor. Time is of the essence.

Should the progress of the Work or of the Project be delayed by any fault or neglect or act or failure to act of the Subcontractor or any of its officers, agents, servants or employees so as to cause the additional cost, expense, liability or damage to the Contractor or any damages or additional costs or expenses for which the Contractor may or shall become liable, the Subcontractor shall and does hereby agree to compensate Contractor for and indemnify it against all such costs, expenses, damages and liability.

FROM : DELTA PAVING COMPANY          FAX NO. : 4107980272          Mar. 29 2006 03:41AM P2

Contractor, if it deems necessary, may direct the Subcontractor to work overtime and, if so directed, the Subcontractor shall work said overtime and, provided that the Subcontractor is not in default under any of the terms or provisions of this Agreement, Contractor will pay the Subcontractor for such actual additional wages paid, if any, at rates which have been approved by Contractor plus taxes imposed by law on such additional wages, plus workers compensation insurance, liability insurance and levies on such additional wages if required to be paid by the Subcontractor.

If, however, the progress of the Work or of the Project be delayed by any fault or neglect or act or failure to act of the Subcontractor or any of its officers, agents, servants or employees, then the Subcontractor shall, in addition to all of the other obligations imposed by this Agreement upon the Subcontractor in such case, and at its own cost and expense, work such overtime as may be necessary to make up for all time lost and to avoid delay in the completion of the Work and of the Project.

### ARTICLE III.  EXTENSION OF TIME

Should there be any delays, hindrances, obstructions, interferences or other similar events in the commencement, prosecution or completion of the Work (1) by the act, neglect or default of Contractor, or any party working for, under or through Contractor (including but not limited to subcontractors, material suppliers and vendors), or (2) for any reason for which the Owner grants Contractor an extension of time, then the time herein fixed for the completion of the Work shall be extended accordingly, which extended period shall be determined and fixed by the Owner in the case of the latter reason, or otherwise equitably adjusted in the case of the former reason, but no such allowance shall be made unless a claim therefor is presented in writing to Contractor within forty-eight hours of the commencement of such delay.

Contractor shall not be liable to the Subcontractor for any damages or additional compensation as a consequence of delays, hindrances, obstructions, interferences or other similar events, however and by whomsoever caused (except to the extent that a claim therefor may be made against the Owner and, in this event, in accordance with Article XXIV hereof), it being understood and agreed by the Subcontractor that apart from any recovery which may be made from the Owner, if applicable and if any, the Subcontractor's sole and exclusive remedy for delay, hindrance, obstruction, interference or other similar event shall be an extension of time in the performance of the Work.

### ARTICLE IV.  PRICE

The sum to be paid by Contractor to the Subcontractor for the satisfactory performance and completion of the Work, and of all of the duties, obligations and responsibilities of the Subcontractor under this Contract shall be

| Description | Estimated Quantity | Unit | Unit Price | Total Estimated Price |
|---|---|---|---|---|
| 2" Mill & Pave | 41,000 | SY | $50.00 | $2,050,000.00 |
|  |  |  |  |  |
| **Totals** |  |  |  | **$2,050,000.00** |

Actual quantity (square yards) of milling and paving is estimated - payment will be made per actual square yard completed. Contractor may take a 10% discount off the Subcontractors total invoice amount if payment is made to the Subcontractor within seven (7) days of Contractor's receipt of the invoice.

(hereinafter called the "Price") subject to additions and deductions as herein provided.

The Price includes all Federal, State, County, Municipal and other taxes imposed by law and based upon labor, services, materials, equipment or other items acquired, performed, furnished or used for or in connection with the Work, including but not limited to sales, use and personal property taxes payable by or levied or assessed against the Owner, Contractor or the Subcontractor. Where the law requires any such taxes to be stated and charged separately, the total price of all items included in the Work plus the amount of such taxes shall not exceed the Price.

Partial Payments

Partial payments will be made by Contractor to the Subcontractor within 15 days after receipt of partial payments by Contractor from the Owner and after receipt of an acceptable/approved invoice from subcontractor. Subcontractor will be required to submit a blank invoice form for approval upon commencement of work, or sooner, so that it can be approved within the first month of work for use when invoicing the contractor. Partial payments to the Subcontractor will consist of the proportionate value of work completed by the Subcontractor, or to the extent Contractor has received payment from the Owner for work completed by the Subcontractor, whichever is lesser, up to the date of the Owner's latest progress estimate period, from which shall be deducted: a retainage of 0 %; all charges for services, materials, equipment and other items furnished by Contractor, or chargeable, to the Subcontractor; and all previous payments and charges.

Contractor reserves the right to advance the date of any payment (including the final payment) under this Agreement if, in its sole judgment, it becomes desirable to do so.

The Subcontractor agrees that, if and when requested so to do by Contractor, it shall furnish such information, evidence and substantiation as Contractor may require with respect to the nature and extent of all obligations incurred by the Subcontractor for or in connection with the Work, all payments made by the Subcontractor thereon, and the amounts remaining unpaid, to whom and the reason therefor.

Final Payment

The final payment shall be due after completion and acceptance of the Work by Contractor and the Owner, provided first, however, that (1) Contractor shall have received final payment therefor from the Owner, (2) the Subcontractor shall have furnished evidence satisfactory to Contractor that there are no claims, obligations or liens outstanding or unsatisfied for labor, services, materials, equipment, taxes or other items performed, furnished or incurred for or in connection with the Work and (3) the Subcontractor shall have executed and delivered in a form satisfactory to Contractor a general release running to and in favor of Contractor and the Owner. Should there

prove to be any such claim, obligation or lien after final payment is made, the Subcontractor shall refund to Contractor all monies that Contractor and/or the Owner shall pay in satisfying, discharging or defending against any such claim, obligation or lien or any action brought or judgment recovered thereon and all costs and expenses, including legal fees and disbursements, incurred in connection therewith.

With respect to that portion of the Work which is paid on a unit price basis, if any, the quantities given on the plans, in the specifications and in this Agreement are approximate only and the Subcontractor shall abide by the final measurements as made by the Owner upon completion of General Contract, as a basis for final payment by Contractor to the Subcontractor.

All payments, partial and final, called for in this Agreement by the Contractor to the Subcontractor, are contingent upon the conditions precedent of prior receipt of payment from the Owner. Subcontractor understands and agrees to expressly accept the risk that it will not be paid for its work performed, to the extent the Contractor is not paid by the Owner, for any reason whatsoever, whether or not such reasons are related to the Subcontractor's Work.

Payments Withheld

If any claim or lien is made or filed with or against Contractor, its surety, the Owner or the Project by any person claiming that the Subcontractor or any subcontractor or other person under it has failed to make payment for any labor, services, materials, equipment, taxes or other items or obligations furnished or incurred for or in connection with the Work, or if at any time there shall be evidence of such nonpayment or of any claim or lien for which, if established, Contractor, its surety, or the Owner might become liable and which is chargeable to the Subcontractor, or if the Subcontractor or any subcontractor or other person under it causes damage to the Work or to any other work on the Project, or if the Subcontractor fails to perform or is otherwise in default under any of the terms or provisions of this Agreement, Contractor shall have the right to retain from any payment then due or thereafter to become due an amount which it deems sufficient to (1) satisfy, discharge and/or defend against any such claim or lien or any action which may be brought or judgment which may be recovered thereon, (2) make good any such nonpayment, damage, failure or default, and (3) compensate Contractor and the Owner for and indemnify them against any and all losses, liability, damages, costs and expenses, including legal fees and disbursements, which may be sustained or incurred by either or both of them in connection therewith.

Contractor shall have the right to apply and charge against the Subcontractor so much of the amount retained as may be required for the foregoing purposes. If the amount retained is insufficient therefor, the Subcontractor shall be liable for the difference and pay the same to Contractor.

Contractor may, at its sole discretion, issue any payment due hereunder (or a part thereof) jointly to the Subcontractor and (a) any of its subcontractors or material suppliers, or (b) any other party to whom non-payment by the Subcontractor would result in a potential liability to the Contractor. The issuance of such joint payment shall not be a guarantee of payment to third parties.

No payment (final or otherwise) made under or in connection with this Agreement shall be conclusive evidence of the performance of the Work or of this Agreement, in whole or in part, and

no such payment shall be construed to be an acceptance of defective, faulty or improper work or materials nor shall it release the Subcontractor from any of its obligations under this Agreement.

**ARTICLE V.**     **FREIGHT CHARGES AND SHIPMENTS**

The Subcontractor in making or ordering shipments shall not consign nor have consigned materials in the name of Contractor. Contractor is under no obligation to make payments for charges on shipments made by or to the Subcontractor but may, at its option, pay such charges, in which case the Subcontractor shall reimburse Contractor for such expense, plus a service charge of twenty-five percent (25%) of the amount so paid.

All salvage shall, at the option of the Contractor, belong to Contractor and shall be delivered by the Subcontractor to a point or points on the Project designated by Contractor, and the Subcontractor shall have no right or claim thereto.

**ARTICLE VI.**     **SHOP DRAWINGS**

The Subcontractor shall prepare and submit to Contractor such shop drawings as may be necessary to describe completely the details and construction of the Work. Approval of such shop drawings by Contractor and/or the Owner shall not relieve the Subcontractor of its obligation to perform the Work in strict accordance with the plans, specifications and other provisions of the General Contract, nor of its responsibility for the proper matching and fitting of the Work with contiguous work.

Contiguous Work

Should the proper and accurate performance of the Work hereunder depend upon the proper and accurate performance of other work not covered by this Agreement, the Subcontractor shall carefully examine such other work, determine whether it is in fit, ready and suitable condition for the proper and accurate performance of the Work hereunder, use all means necessary to discover any defects in such other work, and before proceeding with the Work hereunder, report promptly any such improper conditions and defects to Contractor in writing and allow Contractor a reasonable time to have such improper conditions and defects remedied.

Coordination With Others

The Subcontractor agrees to perform and coordinate the Work with that of other subcontractors and Contractor to the best interest of the Project as a whole, as determined by Contractor.

**ARTICLE VII.**     **CHANGES IN THE WORK**

The Subcontractor shall not make any changes, additions and/or omissions in the Work except upon written order of Contractor as provided in Article VIII hereof.

**ARTICLE VIII.**     **CHANGES ORDERS ADDITIONS AND DEDUCTIONS**

Contractor may at any time by written order of Contractor's authorized representative, and without notice to the Subcontractor's sureties, make changes in, additions to and omissions from the Work and the Subcontractor shall promptly proceed with the performance of this Agreement as so changed. Any increase or decrease in the Price resulting from such changes shall be agreed upon in writing by the parties hereto. Any claim by the Subcontractor for adjustment of the Price under this Article must be made in writing within ten (10) days from the date such changes are ordered. The Price shall be equitably adjusted on account of any such changes, subject to any applicable provisions of the General Contract.

**ARTICLE IX.**     **LABOR TO BE EMPLOYED**

The Subcontractor agrees to be bound by all labor agreements and commitments which have been or may be entered into by Contractor during the entire length of this Agreement and the General Contract, provided, however, that nothing in this paragraph shall be construed to require or authorize any party to take any action which shall be in violation of the laws of the United States or of the state of performance under this Agreement. In the event that Subcontractor fails or refuses to be bound by any such labor agreement or commitment, then Contractor shall have the right, by written notice to the Subcontractor, to terminate this Agreement without liability for any damages or extra costs caused thereby. Notwithstanding anything in this Agreement to the contrary, in the event a union with whom the Subcontractor has an agreement or who represents the Subcontractor's employees is involved in a labor dispute with Contractor or with contractors who are members of Contractor's multi-employer bargaining unit, which results in a work stoppage, either by strike or lockout of Contractor's employees or of employees of such contractors, Contractor may, upon written notice to the Subcontractor, require the Subcontractor to suspend the performance of all or a part of its work until such labor dispute is resolved, without payment of any extra costs, expenses or damages resulting from such suspension.

If, by reason of strikes, picketing or disputes of any nature between the Subcontractor and any individual, group or organization, the Subcontractor should be persistently, repeatedly, or for a period of three (3) consecutive days, unable to supply enough skilled workers or proper materials or proper equipment to execute the Work, the Contractor may terminate this Agreement for default and proceed in accordance with Article XI hereof.

**ARTICLE X.**     **INSPECTION AND DEFECTIVE WORK**

The Subcontractor shall at all times provide sufficient, safe and proper facilities for the inspection of the Work by Contractor, the Owner and their authorized representatives in the field, at shops, or at any other place where materials or equipment for the Work are in the course of preparation, manufacture, treatment or storage. The Subcontractor shall, within twenty-four (24) hours after receiving written notice from Contractor, proceed to take down all portions of the Work and remove from the premises all materials, whether worked or unworked, which the Owner or Contractor shall condemn as unsound, defective or improper or as in any way failing to conform to this Agreement or the Plans, Specifications or other provisions of the General Contract, and the

Subcontractor, at its own cost and expense, shall replace the same with proper and satisfactory work and materials and make good all work damaged or destroyed by or as a result of such unsound, defective, improper or nonconforming work or materials or by the taking down, removal or replacement thereof.

### ARTICLE XI.    FAILURE TO PROSECUTE, ETC.

Should the Subcontractor at any time refuse or neglect to supply a sufficiency of skilled workers or materials in the proper quality and quantity, or fail in any respect to prosecute the Work with promptness and diligence, or cause by any act or omission the stoppage or delay of or interference with or damage to the work of Contractor or of any other contractor or subcontractor on the Project, or fail in the performance of any of the terms and provisions of this Agreement, or should the Owner determine that the Work or any portion thereof is not being performed in accordance with the General Contract, then in any of such events, each of which shall constitute a default hereunder on the Subcontractor's part, Contractor shall have the right, in addition to any other rights and remedies provided by this Agreement and the General Contract or by law, after three (3) days written notice to the Subcontractor mailed or delivered to the last known address of the latter, (a) to perform and furnish through itself or through others any such labor or materials for the Work and to deduct the cost thereof from any monies due or to become due to the Subcontractor under this Agreement and/or (b) to terminate the employment of the Subcontractor for all or any portion of the Work, enter upon the premises and take possession, for the purpose of completing the Work of all materials, equipment, scaffold, tools, appliances and other items thereon, all of which the Subcontractor hereby transfers, assigns, and sets over to Contractor for such purpose, and to employ any person or persons to complete the Work and provide all the labor, services, materials, equipment and other items required therefor. In case of such termination of the employment of the Subcontractor, the Subcontractor shall not be entitled to receive any further payment under this Agreement until the Work shall be wholly completed to the satisfaction of Contractor and the Owner and shall have been accepted by them, at which time, if the unpaid balance of the amount to be paid under this Agreement shall exceed the cost and expense incurred by Contractor in completing the Work, such excess shall be paid by Contractor to the Subcontractor; but if such cost and expense shall exceed such unpaid balance, then the Subcontractor shall pay the difference to Contractor. Such cost and expense shall include, not only the cost of completing the Work to the satisfaction of Contractor and the Owner and of performing and furnishing all labor, services, materials, equipment, and other items required therefor, but also all losses, damages, costs and expenses, including legal fees and disbursements sustained, incurred or suffered by reason of or resulting from the Subcontractor's default. The liability of the Subcontractor shall not be deemed waived by any assent or acquiescence by Contractor to any default of the Subcontractor hereunder.

Should the termination of the Subcontractor pursuant to any provisions of this Agreement prove to be wrongful, such termination will be deemed converted to a termination for convenience under Article XX and the Subcontractor's remedies shall be limited to those set forth therein.

In the event the Subcontractor claims a breach by the Contractor of any part of this Agreement, the Subcontractor shall, within three (3) working days of any such alleged breach, give written notice to the Contractor setting forth the basis of the said claim and the amount thereof.

Failure to give such notice as aforesaid shall constitute a waiver by the Subcontractor of said alleged breach, and shall release the Contractor from any liability thereunder.

### ARTICLE XII.   LOSS OR DAMAGE TO WORK

The Subcontractor agrees that it is responsible for the protection of the Work and that it will adequately and properly protect the Work until after final acceptance thereof by Contractor and the Owner, and agrees that Contractor shall not be responsible for any loss or damage to the Work to be performed and furnished under this Agreement, however caused, nor shall Contractor be responsible for loss of or damage to materials, tools, equipment, appliances or other personal property owned, rented or used by the Subcontractor or anyone employed by it in the performance of the Work, however caused.

### ARTICLE XIII.   CLEANING

The Subcontractor shall clean and remove from contiguous work any dirt which was caused by the execution of the Work included in this Agreement; and the Subcontractor shall clean up and remove from the premises all debris caused by the execution of the Work included in this Agreement. Should the Subcontractor fail to remove its debris, Contractor will remove it and charge the cost to the Subcontractor.

### ARTICLE XIV.   COMPLIANCE WITH LAW

The Subcontractor shall obtain and pay for all necessary permits and licenses pertaining to the Work and shall comply with all Federal, State, Municipal and local laws, ordinances, rules, regulations, standards, orders, notices and requirements, including, among others, those relating to safety, discrimination in employment, fair employment practices or equal employment opportunity, whether or not provided for by the General Contract, without additional charge or expense to Contractor, and shall also be responsible for and correct, at its own cost and expense, any violations thereof resulting from or in connection with the performance of the Work. The Subcontractor shall at any time upon demand furnish such proof as Contractor may require showing such compliance and the correction of such violations. The Subcontractor agrees to save harmless and indemnify Contractor from and against any and all loss, injury, claims, actions, proceedings, liability, damages, fines, penalties, costs and expenses, including legal fees and disbursements, caused or occasioned directly or indirectly by the Subcontractor's failure to comply with any of said laws, ordinances, rules, regulations, standards, orders, notices or requirements or to correct such violations.

### ARTICLE XV.   LIABILITY FOR DAMAGE AND PERSONAL INJURY

The Subcontractor hereby assumes entire responsibility and liability for any and all damage or injury of any kind or nature whatever (including death resulting therefrom) to all persons, whether employees of the Subcontractor or otherwise, and to all property caused by, resulting from, arising out of or occurring in connection with the execution of the Work. Except to the extent, if any, expressly prohibited by statute, should any claim for such damage or injury (including death resulting therefrom) be made, or asserted, whether or not such claims are based upon Contractor's alleged

FROM : DELTA PAVING COMPANY      FAX NO. : 4107980272      Mar. 29 2006 03:52PM  P17

active or passive negligence or participation in the wrong or upon any alleged breach of any statutory duty or obligation on the part of Contractor, the Subcontractor agrees to indemnify and save harmless Contractor, its officers, agents, servants and employees from and against any and all loss, cost, expense, liability, damage or injury, including legal fees and disbursements, that Contractor, its officers, agents, servants or employees may directly or indirectly sustain, suffer or incur as a result thereof and the Subcontractor agrees to and does hereby assume, on behalf of Contractor, its officers, agents, servants and employees, the defense of any action at law or in equity which may be brought against Contractor, its officers, agents, servants or employees upon or by reason of such claims and to pay on behalf of Contractor, its officers, agents, servants and employees, upon its demand, the amount of any judgment that may be entered against Contractor, its officers, agents, servants or employees in any such action. In the event that any such claims, loss, costs, expense, liability, damage or injury arise or are made, asserted or threatened against Contractor, its officers, agents, servants or employees, Contractor shall have the right to withhold from any payments due or to become due to the Subcontractor an amount sufficient in its judgment to protect and indemnify it and its officers, agents, servants and employees from and against any and all such claims, loss, cost, expense, liability, damage or injury, including legal fees and disbursements, or Contractor, in its discretion, may require the Subcontractor to furnish a surety bond satisfactory to Contractor guaranteeing such protection, which bond shall be furnished by the Subcontractor within five (5) days after written demand has been made therefor.

<u>Workers Compensation And Liability Insurance</u>

Before commencing the Work, the Subcontractor shall procure and maintain, at its own expense, until completion and final acceptance of the Work at least the following insurance from insurance companies satisfactory to Contractor and/or the Owner:

1. WORKERS COMPENSATION AND EMPLOYER'S LIABILITY INSURANCE in accordance with the laws of the State in which the Work is situated.

2. CONTRACTORS' PUBLIC LIABILITY INSURANCE (Occurrence Based) INCLUDING CONTRACTUAL LIABILITY INSURANCE AGAINST THE LIABILITY ASSUMED HEREINABOVE, and including CONTRACTORS' PROTECTIVE LIABILITY INSURANCE if the Subcontractor sublets to another all or any portion of the Work, and COMPLETED OPERATIONS INSURANCE, with the following minimum limits:

   Bodily Injury, including death, and Property Damage - $4,000,000 - general aggregate limit, and - $2,000,000 - aggregate products and completed operations Combined Single Limit, per occurrence.

   Such insurance shall name the Owner and the Contractor as additional insureds. The coverage afforded to the additional insureds shall be primary to any other coverage available to the additional insureds.

3. AUTOMOBILE LIABILITY INSURANCE covering all owned, non-owned and

- 10 -



hired automobiles used in connection with the Work, with the following minimum limits:

Bodily Injury, including death, and Property Damage - ___$1,000,000___ - Combined Single Limit, per occurrence.

The Subcontractor agrees to insure (or self-insure) all loss to owned or leased tools and equipment and agrees to obtain endorsement from its insurance carrier waiving its rights of subrogation against Contractor, its officers, employees, agents and servants.

Before commencing the Work, the Subcontractor shall furnish a certificate, satisfactory to Contractor, from each insurance company showing that the above insurance is in force, stating policy numbers, dates of expiration, and limits of liability thereunder, and further providing that the insurance will not be cancelled or changed until the expiration of at least thirty (30) days after written notice of such cancellation or change has been mailed to and received by Contractor.

If the Subcontractor fails to procure and maintain such insurance, Contractor shall have the right to procure and maintain the said insurance for and in the name of the Subcontractor and the Subcontractor shall pay the cost thereof and shall furnish all necessary information to make effective and maintain such insurance.

The limits of insurance required by this Agreement shall in no way limit the Subcontractor's contractual liability responsibilities hereunder.

### ARTICLE XVI.    TAXES AND CONTRIBUTIONS

The Subcontractor for the Price herein provided hereby accepts and assumes exclusive liability for and shall indemnify, protect and save harmless Contractor and the Owner from and against the payment of:

1.  All contributions, taxes or premiums (including interest and penalties thereon) which may be payable under the Unemployment Insurance Law of any State; the Federal Social Security Act; Federal, State, County and/or Municipal Tax Withholding Laws; or any other law, measured upon the payroll of or required to be withheld from employees, by whomsoever employed, engaged in the Work to be performed and furnished under this Agreement.

2.  All sales, use, personal property and other taxes (including interest and penalties thereon) required by any Federal, State, County, Municipal or other law to be paid or collected by the Subcontractor or any of its subcontractors or vendors or any other person or persons acting for, through or under it or any of them, by reason of the performance of the Work or the acquisition, ownership, furnishing or use of any materials, equipment, supplies, labor, services or other items for or in connection with the Work.

FROM : DELTA PAVING COMPANY    FAX NO. : 4107980272    Mar. 29 2006 03:45AM P8

3. All pension, welfare, vacation, annuity and other union benefit contributions payable under or in connection with labor agreements with respect to all persons, by whomsoever employed, engaged in the Work to be performed and furnished under this Agreement.

### ARTICLE XVII.     PATENTS

The Subcontractor hereby agrees to indemnify, protect and save harmless Contractor and the Owner from and against any and all liability, loss or damage and to reimburse Contractor and the Owner for any expenses, including legal fees and disbursements, to which Contractor and the Owner may be put because of claims or litigation on account of infringement or alleged infringement of any letters patent or patent rights by reason of the Work or materials, equipment or other items used by the Subcontractor in its performance.

### ARTICLE XVIII.     MECHANICS' LIENS OR CLAIMS

The Subcontractor, for itself and for its subcontractors, laborers and material suppliers and all others directly or indirectly acting for, through or under it or any of them, covenants and agrees that no mechanics' liens or claims will be filed or maintained against the Project or any part thereof or any interests therein or any improvements thereon, or against any monies due or to become due from the Owner to Contractor or from Contractor to the Subcontractor, for or on account of any work, labor, services, materials, equipment or other items performed or furnished for or in connection with the Work, and the Subcontractor for itself and its subcontractors, laborers and material suppliers and all others above mentioned does hereby expressly waive, release and relinquish all rights to file or maintain such liens and claims and agrees further that this waiver of the right to file or maintain mechanics' liens and claims shall be an independent covenant and shall apply as well to work, labor and services performed and materials, equipment and other items furnished under any change order or supplemental agreement for extra or additional work in connection with the Project as to the original Work covered by this Agreement.

If any subcontractor, laborer or material supplier of the Subcontractor or any other person directly or indirectly acting for, through or under it or any of them files or maintains a mechanic's lien or claim against the Project or any part thereof or any interests therein or any improvements thereon or against any monies due or to become due from the Owner to Contractor or from Contractor to the Subcontractor, for or on account of any work, labor, services, materials, equipment or other items performed or furnished for or in connection with the Work or under any change order or supplemental agreement for extra or additional work in connection with the Project, the Subcontractor agrees to cause such liens and claims to be satisfied, removed or discharged at its own expense by bond, payment or otherwise within ten (10) days from the date of the filing thereof, and upon its failure so to do, Contractor shall have the right, in addition to all other rights and remedies provided under this Agreement and the General Contract or by law, to cause such liens or claims to be satisfied, removed or discharged by whatever means Contractor chooses, at the entire cost and expense of the Subcontractor (such cost and expense to include legal fees and disbursements). The Subcontractor agrees to indemnify, protect and save harmless Contractor and the Owner from and against any and all such liens and claims and actions brought or judgments rendered thereon, and

from and against any and all loss, damages, liability, costs and expenses, including legal fees and disbursements, which Contractor and/or the Owner may sustain or incur in connection therewith.

**ARTICLE XIX.    ASSIGNMENT AND SUBLETTING**

Neither this Agreement nor any monies due or to become due hereunder shall be assignable without the prior written consent of Contractor nor shall the whole or any part of this Agreement be sublet without like prior written consent. Any such assignment or subletting without such prior written consent shall be void and of no effect and shall vest no right or right of action in the assignee or subcontractor against Contractor. Contractor's consent to any assignment or subletting shall not relieve the Subcontractor of any of its duties, responsibilities or obligations under this Agreement and the General Contract, and the Subcontractor shall be and remains as fully responsible and liable for the defaults, neglects, acts and omissions of its assignees and subcontractors and all persons directly or indirectly employed by them as it is for its own defaults, neglects, acts and omissions and those of its own officers, agents, servants and employees. The Subcontractor shall bind each of its subcontractors to all of the terms, provisions and covenants of this Agreement and the General Contract with respect to the sublet Work. Contractor's consent to any subletting shall not be deemed to create any contractual relationship between Contractor and any subcontractor to whom the Work or any portion thereof is sublet, and shall not vest any right or right of action in such subcontractor against Contractor.

**ARTICLE XX.    TERMINATION OF AGREEMENT**

If the General Contract, or a portion thereof which includes the Work covered under this Agreement, is terminated or eliminated by the Owner, payment to the Subcontractor under this Agreement shall be as provided in the General Contract. The Subcontractor shall not be entitled to receive any greater amount than the Contractor may, on behalf of the Subcontractor, recover from the Owner for such termination or elimination.

Contractor shall have the right, at any time by written notice to the Subcontractor, to terminate this Agreement for its own convenience, and require the Subcontractor to immediately stop work. In such event, Contractor shall pay the Subcontractor for that portion of the Work actually performed in an amount proportionate to the Price as provided in Article IV hereof. The Contractor shall not be liable to the Subcontractor for any other costs, including prospective profits on that portion of the Work not performed.

**ARTICLE XXI.    GUARANTEES**

The Subcontractor hereby guarantees the Work to the full extent provided in the plans, specifications and other provisions of the General Contract.

The Subcontractor shall remove, replace and/or repair at its own expense and at the convenience of the Owner any faulty, defective or improper work, materials or equipment discovered within one (1) year from the date of the acceptance of the Project as a whole by the Owner or for such longer period as may be provided in the plans, specifications or other provisions of the General

Contract.

Without limitation by the foregoing, the Subcontractor shall pay in addition for all damage to the Project resulting from defects in the Work and all costs and expenses necessary to correct, remove, replace and/or repair the Work and any other work or property which may be damaged in correcting, removing, replacing or repairing the Work.

**ARTICLE XXII.   ACCIDENT PREVENTION**

The Subcontractor agrees that the prevention of accidents to workers engaged upon or in the vicinity of the Work is its responsibility. The Subcontractor who has been hired as an expert in its trade agrees with respect to the Work that it is solely responsible for compliance with all applicable laws and regulations applying to safety, including, but not limited to, the Occupational Safety & Health Act (OSHA). It shall further assure itself that any tools, equipment, scaffolding or other items which may be loaned or rented to it by Contractor are in good order and in compliance with OSHA standards and other laws designed to protect the safety of persons at the job site. Subcontractor agrees to indemnify and hold Contractor harmless with respect to any penalties or fines for violations thereof or for injuries or death resulting from non-compliance and to reimburse Contractor and any other subcontractor on the Project for any and all financial loss sustained because of the Subcontractor's failure to comply with the aforementioned laws and/or regulations.

**ARTICLE XXIII.   BONDS**

The Subcontractor shall furnish to Contractor a performance bond and a separate payment bond each in the amount of $ _____ NA _____ , the form and contents of such bonds and the surety or sureties thereon to be satisfactory to Contractor. The premium thereon shall be paid by the Subcontractor unless otherwise agreed upon in writing by the parties hereof.

By signing this Agreement, the Subcontractor certifies that it has the bonding capacity and has made arrangements for furnishing said performance and payment bonds to Contractor prior to beginning performance of the Work and that the time required to prepare and furnish said bonds will not delay the start of the Work. Should Subcontractor proceed with the Work without furnishing said performance and payment bonds, whether or not such performance was permitted or encouraged by Contractor, Subcontractor shall be deemed to have waived its right to partial payment and agrees to look to Contractor for payment of the amount due hereunder only upon furnishing said bonds or on completion of the entire Work and after the conditions for final payment as set forth in Article IV hereof are satisfied. The furnishing of said bonds by the Subcontractor is a condition precedent to the Subcontractor's right to receive partial payment for Work performed hereunder. The waiver of partial payment shall not constitute an excuse or reason for non-performance of the Contract by Subcontractor.

**ARTICLE XXIV.   DISPUTES**

With respect to any claim by the Subcontractor for additional compensation or extension

of time caused in whole or in part by the Owner, the Subcontractor agrees that the Contractor is entitled to timely notifications and full disclosure of such claim. The Subcontractor must give written notice of such claim to the Contractor at least five (5) business days before the Owner is entitled to receive notice of such claims from the Contractor pursuant to the provisions of the General Contract. The Subcontractor agrees that:

(a) the Subcontractor shall, at its own cost and expense, prepare, present and prosecute such claim in the Contractor's name, and shall be solely responsible for any costs and expenses it incurs in that regard, including attorney's fees;

(b) the Contractor's sole obligation with regard to such claim will be to forward it to the Owner within three (3) business days of its receipt from the Subcontractor;

(c) the Contractor reserves the right to exercise primary decision-making authority with respect to the claim, including controlling the prosecution of such claim and strategic decisions related thereto, if the Subcontractor's claim is related to or included with other claims of the Contractor and/or other subcontractors;

(d) the Subcontractor's sole remedy for its claim shall be limited to the amount of additional compensation and/or extension of time that the Owner actually agrees to (or as is judicially determined should the Subcontractor decide to contest the Owner's decision); and the Subcontractor shall have no independent rights or separate claims against the Contractor of further compensation or an extension of time;

(e) any additional compensation awarded to or received by the Subcontractor in connection with the Subcontractor's claim shall first be offset by the Contractor's eight percent (8%) mark up and any costs incurred by the Contractor in connection with such claim; and

(f) the Subcontractor shall indemnify the Contractor for all costs and expenses incurred by the Contractor in connection with such claim, including without limitation, fines or penalties pertaining to claim certification.

(g) notwithstanding anything to the contrary contained herein, the Contractor, in its sole discretion, may elect (i) not to forward the Subcontractor's claim to the Owner, or (ii) after forwarding the claim to the Owner, to withdraw it. In the case of such election by the Contractor, the Subcontractor's claim will be considered as one which does not involve the Owner as hereinafter provided.

In case of any controversy between the Subcontractor and Contractor which does not involve the Owner, this Agreement shall be governed by and construed in accordance with the laws of the State of New Jersey, and the Subcontractor shall not institute any action, in any way relating to this Agreement, against Contractor and/or the latter's surety, except in a court of competent jurisdiction in Newark, New Jersey. Anything to the contrary notwithstanding, Contractor shall have the right to

FROM : DELTA PAVING COMPANY    FAX NO. : 4107980272    Mar. 29 2006 03:51AM P16

compel arbitration of any controversy arising hereunder before the American Arbitration Association, in accordance with its rules then obtaining.

Pending final disposition of any controversy under or in any way relating to this Agreement, the Subcontractor shall proceed promptly and diligently with all work to be performed under this Agreement.

### ARTICLE XXV.   APPROVAL BY OWNER

In the event the General Contract requires that the Owner approve subcontractors and/or subcontracts, this Contract shall nevertheless be valid upon execution and shall remain valid until and unless the Owner disapproves the Subcontractor and/or this Agreement and so notifies Contractor. In such event, this Agreement shall be null and void.

### ARTICLE XXVI.   THIRD PARTY BENEFICIARY

It is the intention of the parties hereto, and they hereby expressly agree accordingly, that no provision of this Agreement shall in any way inure to the benefit of any third person (including but not limited to the public at large) so as to constitute any such person a third party beneficiary of this Agreement or of any one or more of the terms hereof or otherwise give rise to any cause of action in any person not a party hereto.

### ARTICLE XXVII.   ENTIRE AGREEMENT

This Agreement constitutes the entire agreement between the parties hereto. No oral representations or other agreements have been made by Contractor except as stated in this Agreement. This Agreement may not be changed in any way except as herein provided, and no term or provisions hereof may be waived by Contractor except in writing signed by its duly authorized officer or agent. The heading descriptions of any term or provision of this Agreement are for convenience only and shall not be deemed to limit, restrict or alter the content, meaning or effect thereof.

### Article XVIII.   NO PRESUMPTION AGAINST DRAFTER

The parties hereto agree that this Agreement has been freely negotiated by both parties, and that in any controversy, dispute, arbitration, or contest over the meaning, interpretation, validity, or enforceability of this Agreement or any of its terms or conditions, there shall be no inference, presumption, or conclusion drawn whatsoever against either party by virtue of the party having drafted this Agreement or any portion of it.

The following exhibits are attached hereto and made a part hereof:

FROM : DELTA PAVING COMPANY            FAX NO. : 4107980272            Mar. 29 2006 03:50PM  P14

The said parties, for themselves, their heirs, executors, administrators, successors and assigns, do hereby agree to the full performance of all of the terms and provisions herein contained.

**IN WITNESS WHEREOF**, the parties to these presents have hereunto set their hands as of the day and year first above written.

_____
Contractor

In the presence of:

_Renee A Forbus_            _____

_____
Subcontractor

In the presence of:                                  (SEAL)

_Renee A Forbus_            _Gen Mgr_____
                                                            Title

FROM : DELTA PAVING COMPANY    FAX NO. : 4107980272    Mar. 29 2006 03:46AM  P9