**FILE COPY**

## QUAGLIANO & SEEGER, P.C.

ATTORNEYS AT LAW
2620 P STREET, NW
WASHINGTON, DC 20007

STEPHEN M. SEEGER
JULIE QUAGLIANO WESTEMEIER
JAMES J. FAUGHNAN
FRED A. MENDICINO*
SETH A. ROBBINS
MICHAEL C. ZISA
ABIYE TIBEBE*
MARC R. HERTRICK*

TELEPHONE: (202) 822-8838
FACSIMILE: (202) 822-6982

WEB SITE: www.quagseeg.com
E-MAIL: info@quagseeg.com

December 1, 2005

VIRGINIA OFFICE
LAKESIDE AT LOUDOUN TECH CENTER III
21355 RIDGETOP CIRCLE, SUITE 110
DULLES, VIRGINIA 20166
TEL. (571) 434-7590
FAX (571) 434-9006
*NOT ADMITTED IN DC

**Via Certified Mail/Return Receipt Requested**
**Receipt No.   7001 1940 0007 9791 2443**
**and First Class Mail**
SAFECO Insurance Company of America
Safeco Plaza
Seattle, Washington, 98185
ATTN: Elizabeth Skewis

Re:   **Notice of Claim on Contractor's Payment Bond**
      **Principal:**   **Spiniello Companies**
      **Project:**    **Lead Service Replacement**
      **Contract No.: 04-0170**
      **Bond No.:**   **6289105**
      **Claimant:**   **Delta Paving, LLC**

Dear Sir or Madam:

This firm represents Delta Paving, LLC ("Delta"), the paving subcontractor to Spiniello Companies ("Spiniello") on the above Project. Despite demand, Delta is presently owed the sum of Two Hundred Four Thousand Eight Hundred Fifty-Nine and 69/100 Dollars ($204,859.69) from Spiniello in connection with Delta's services and materials supplied to the Project.

In short, despite the fact Spiniello received payment from the Owner for the outstanding Delta invoices and it accepted each previously submitted invoice as noted by Spiniello's signature on the same, Spiniello has refused to remit payment. As a result of Spiniello's non-payment, this is Delta's formal demand for payment and notice of claim against the above-referenced bond. Kindly forward to my office a Proof of Claim and a request for any other documentation you will need to investigate my client's claim.

Thank you in advance for your attention to this matter. Please feel free to call me if you have any questions or wish to discuss this matter further.

Very truly yours,

Seth A. Robbins

cc:   Kenneth W. Spooner
     Jerry N. Johnson, WASA Contracting Officer
     Spiniello Companies
       12 East Daniel Road
       Fairfield, NJ 07004

**Via Certified Mail/Return Receipt Requested**
**Receipt No.: 7001 1940 0007 9791 2450**
**and First Class Mail**



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only: No Insurance Coverage Provided)*

7001 1940 0007 9791 2443

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
SAFECO Insurance Co. of America
Street, Apt. No.; or PO Box No.  Safeco Plaza
City, State, ZIP+ 4  Seattle, WA 98185
Attn: Elizabeth Skewis

PS Form 3800, January 2001    See Reverse for Instructions



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only: No Insurance Coverage Provided)*

7001 1940 0007 9791 2450

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+ 4  Spiniello Companies
12 East Daniel Road
Fairfield, NJ 07004

PS Form 3800, January 2001    See Reverse for Instructions

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Spiniello Companies
12 East Daniel Road
Fairfield, NJ 07004

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Yvonne Johnston*   ☐ Agent
                       ☐ Addressee

B. Received by ( *Printed Name*)   C. Date of Delivery

*Yvonne Johnston*

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)           ☐ Yes

2. Article Number
   (*Transfer from service label*)    7001 1940 0007 9791 2450

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540


**UNITED STATES POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7001 1940 0007 9791 2443**
Status: **Delivered**

Your item was delivered at 8:35 am on December 06, 2005 in SEATTLE, WA 98185. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

**Track & Confirm**

Enter Label/Receipt Number.

( Restore Offline Details > )  (?)    ( Return to USPS.com Home > )


POSTAL INSPECTORS
Preserving the Trust

site map    contact us    government services    jobs    **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy