AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Delta Paving, LLC

**SUMMONS IN A CIVIL CASE**

V.

Safeco Insurance Company of America
and
Spiniello Companies

CASE NUMBER 1:06CV00504

JUDGE: Gladys Kessler

DECK TYPE: Contract

DATE STAMP: 03/17/2006

TO: (Name and address of Defendant)

Defendant:
Safeco Insurance Company of America
Safeco Plaza
Seattle, Washington 98185

SERVE: CT Corp.
1015 15th Street NW
Suite 1000
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth A. Robbins, Esq.
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington, DC 20007
Tel. No.: (202) 822-8838

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                   MAR 17 2006

CLERK                                         DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: March 21st, 2006 |
| NAME OF SERVER *(PRINT)*: Robert Magruder | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: c/o CT Corp., 1015 15th Street, N.W. Washington, D.C. 20001, with Anthony Serette, Authorized Designee

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/06
            *Date*            *Signature of Server*

2441 Shellcove Court, Waldorf, MD 20601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.