AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Delta Paving, LLC

**SUMMONS IN A CIVIL CASE**

V.

Safeco Insurance Company of America
and
Spiniello Companies

CASE NUMBER  1:06CV00504

JUDGE: Gladys Kessler

DECK TYPE: Contract

DATE STAMP: 03/17/2006

TO: (Name and address of Defendant)

Defendant: SPINIELLO COMPANIES          SERVE: Mayor Anthony Williams
12 East Daniel Road                             John A. Wilson Building
Fairfield, New Jersey 07004                     1350 Pennsylvania Ave.
                                                Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth A. Robbins, Esq.
QUAGLIANO & SEEGER, P.C.
2620 P Street, NW
Washington, DC 20007
Tel. No.: (202) 822-8838

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                 MAR 17 2006
_____          _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 21st, 2006 |
| NAME OF SERVER (PRINT) Robert Magruder | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: <u>Tabatha Braxton, Authorized Designee</u> <u>for Mayor Anthony Williams</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    <u>3/24/06</u>      <u>[signature] Robert Magruder</u>
              Date               Signature of Server

<u>2441 Shellcove Court, Waldorf, MD 20601</u>
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.