IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA F/U/B/O DELTA PAVING, LLC,<br><br>Plaintiff,<br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, et. al.,<br><br>Defendants. | Civil Action No. 06-cv-00504 |

**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The parties, by and through their respective undersigned counsel, hereby stipulate and agree that defendants shall have up to and including May 1, 2006, to move, answer or otherwise respond to the Complaint.

Respectfully submitted,

**Venable LLP**

/s/ *Leonard S. Goodman*
By: Leonard S. Goodman (Bar No. 375934)
One Church Street, Fifth Floor
Rockville, MD 20850
301/217-5659
Attorney for Defendants

**Quaglino & Seeger, P.C.**

/s/ *Seth Robbins*
By: Seth A. Robbins (Bar No. 471812)
2620 P Street, NW
Washington, DC 20007
202/822-8838
Attorney for Plaintiff

**IT IS SO ORDERED:** _____
Gladys Kessler, United States District Judge