UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DISTRICT OF COLUMBIA f/u/b/o<br>DELTA PAVING, LLC, | : <br> : <br> : | Case No. 1:06CV00504 |
| Plaintiff, | : <br> : | Hon. Gladys Kessler |
| v. | : <br> : | |
| SAFECO INSURANCE COMPANY<br>OF AMERICA and<br>SPINIELLO COMPANIES, | : <br> : <br> : <br> : | |
| Defendants. | : | |

**STIPULATION AND ORDER TO EXTEND TIME
FOR DEFENDANTS TO RESPOND TO COMPLAINT**

The plaintiff and defendants, Safeco Insurance Company of America and Spiniello Companies, by their undersigned counsel, hereby stipulate that defendant Safeco Surety may have until May 22, 2006, to answer, move or otherwise respond to the complaint filed in this matter.

Respectfully submitted,
Quagliano & Seeger, P.C.                          Venable LLP


 /s/                                              /s/
Seth A. Robbins, Esq.                             Leonard S. Goodman, Esq.
D.C. Bar # 471812                                 D.C. Bar # 375934
2620 P Street, N.W.                               One Church Street
Washington, DC 20007                              Rockville, MD 20850
Tel:  (202) 822-8838                              Tel:  (301) 217-5600
Fax:  (202) 822-6982                              Fax:  (301) 217-5617
Robbins@quagseeg.com                              lgoodman@venable.com
*Counsel for Plaintiff*                           *Counsel for Defendants*

SO ORDERED:

_____
Kessler, J.

RO1DOCS1\50325.01