UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA f/u/b/o
DELTA PAVING, LLC

        Plaintiff,

v.

SAFECO INSURANCE COMPANY
OF AMERICA and SPINIELLO
COMPANIES,

        Defendants.

Case No. 1:06CV00504
Hon. Gladys Kessler

## ANSWER OF SPINIELLO COMPANIES

The defendant, Spiniello Companies ("Spiniello"), admits the allegations contained in Paragraph 3 of the Complaint that it is a California corporation with its principal place of business located at 12 East Daniel Road, Fairfield, New Jersey. Spiniello denies any and all remaining allegations in Paragraph 3 and, pursuant to Fed. R. Civ. P. 8(b) and agreement of the parties, Spiniello denies each and every remaining allegation in the Complaint and reserves its right to amend this Answer.

_____
      /s/
Leonard S. Goodman (Bar No. 375934)
Venable LLP
One Church Street, Fifth Floor
Rockville, MD  20850
(301) 217-5600
(301) 217-5617 – fax

*Attorneys for the Defendant,*
*Spiniello Companies*