UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA f/u/b/o DELTA PAVING, LLC<br><br>        Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA and SPINIELLO COMPANIES,<br><br>        Defendants. | Case No. 1:06CV00504<br>Hon. Gladys Kessler |

## ANSWER OF SAFECO INSURANCE COMPANY OF AMERICA

The Defendant, Safeco Insurance Company of America ("Safeco"), admits the allegations contained in Paragraph 2 of the Complaint filed in this action. Pursuant to Fed. R. Civ. P. 8(b) and agreement of the parties, Safeco denies each and all remaining allegations of the Complaint and reserves its right to amend this Answer.

                                        /s/
                                        Leonard S. Goodman (Bar No. 375934)
                                        Venable LLP
                                        One Church Street, Fifth Floor
                                        Rockville, MD  20850
                                        (301) 217-5600
                                        (301) 217-5617 – fax

                                        *Attorneys for the Defendant,*
                                        *Safeco Insurance Company of America*

RO1DOCS1\50824.01