A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

DISTRICT OF COLUMBIA f/u/b/o
DELTA PAVING, LLC,            )
    Plaintiff(s)         )    **APPEARANCE**
                          )
                          )
    vs.                   )    CASE NUMBER    1:06cv00504
SAFECO INSURANCE COMPANY OF   )
AMERICA, et al.,              )
    Defendant(s)         )


To the Clerk of this court and all parties of record:

Please enter the appearance of   Corie M. Thornton   as co-counsel in this
                                  (Attorney's Name)

case for:   DELTA PAVING, LLC.
             (Name of party or parties)


April 13, 2006
Date

*[Signature]*
Signature

496392
BAR IDENTIFICATION

Corie M. Thornton
Print Name

2620 P Street, N.W.
Address

Washington, DC 20007
City      State      Zip Code

(202) 822-8838
Phone Number