## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA f/u/b/o** <br> **DELTA PAVING, LLC** <br><br>       **Plaintiff,** <br><br> v. <br><br> **SPINIELLO COMPANIES** *et al.* <br><br>       **Defendants.** | * <br><br> *   Case No.: 1:06cv00504 <br><br> *   Judge: Gladys Kessler <br><br> * <br><br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, District of Columbia, f/u/b/o Delta Paving, LLC, Spiniello Companies, and Safeco Insurance Company of America, all parties to this action, by and through their attorneys and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby dismiss the above-captioned action with prejudice, each party to bear their own costs and attorneys' fees.

| | |
|---|---|
| **Dated: November 21, 2006** | Respectfully submitted, |
| **QUAGLIANO & SEEGER, P.C.** | **VENABLE, LLP** |
| */s/ Seth A. Robbins* | */s/ Leonard S. Goodman* |
| Seth A. Robbins, Bar No.: 471812 <br> 2620 P Street, NW <br> Washington, DC 20007 <br> Tel. (202) 822-8838 <br> Fax. (202) 822-6982 <br> e-mail: Robbins@quagseeg.com <br> **Counsel for Plaintiff** <br> **Delta Paving, LLC** | Leonard S. Goodman, Bar No.: 375934 <br> One Church Street <br> Fifth Floor <br> Rockville, Maryland 20850 <br> Tel: (301) 217-5600 <br> Fax : (301) 217-5617 <br> **Counsel for Defendant** <br> **Safeco Insurance Company of America** <br> **Spiniello Companies** |